UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 21-20958-GLT-13 |
| Ronald W. Thomson | Chapter 13 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                           Bankr. Case No. 21-20958-GLT-13

Ronald W. Thomson                                                                                  Chapter 13
    Debtor(s)

**Certificate of Service**
This Request for Notice was served electronically on the following individuals on May 10, 2021 :

SHAWN N WRIGHT                                            Ronda Winnecour
7240 MCKNIGHT RD                                      600 Grant Street
PITTSBURGH, PA  15237                          Suite 3250 USX Tower
                                                                        Pittsburgh, PA 15219

                                                                        By  /s/ Mandy Youngblood
                                                                              Mandy Youngblood

xxxxx07187 / 1040671