FILED
6/3/26 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20958-GLT |
| | : | Chapter: | 13 |
| Ronald W. Thomson | : | | |
| | : | | |
| | : | Date: | 6/3/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

-

*MATTER:*      #45 - Trustee's Motion to Dismiss Case
[Response due 5/15/2026]
#47 - Response filed by Debtor

*APPEARANCES*:

Debtor:      Shawn Wright
Trustee:       Dennis Sloan

[10:01, 10:03]
*NOTES:*

Sloan: If Debtor takes over long term continuing debt in July, the amount we are showing is $8,148.35. The mortgage creditor is the only creditor.

Wright: I don't want the case to be dismissed. The loan modification was offered via letter, not an agreement with proposed terms. If we could have a month to rectify everything with the mortgage company. They're saying they're going to give a twelve month trial loan mod.

*OUTCOME:*

1. For the reasons stated on the record at the June 3, 2026 hearing, the hearing on the trustee's *Motion to Dismiss Case* [Dkt. No. 45] is **CONTINUED** to July 1, 2026 at 9 a.m. If the Debtor has additional information to report to the Court, then he shall file a status report on or before June 29, 2026. [Text Order]

**DATED:**  6/3/2026