UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PITTSBURGHPENNSYLVANIA

IN RE:

RONALD W. THOMSON,

Debtor(s).

CHAPTER 13

CASE NO.: 21-20958-GLT

**NOTICE OF APPEARANCEAND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Riles 2002 and 9007 and Bankruptcy Code §§ 102(1), 342 and 1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B requests special notice of all matters that must be noticed to creditors, equity security holders, and any other parties in interest whether sent by the Court, the Trustee, or any other party in the above captioned proceedings.

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
cdenardo@dallegal.com

File No. 7177-234979

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this day, June 9, 2026, a copy of the foregoing was served

via the court's ECF system on these entities and individuals who are listed on the Court's Electronic

Mail Notice List:

SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237
*Attorney for Debtor(s)*

RONDA J WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURG, PA 15219
*Trustee*

US TRUSTEE PITTSBURGH
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

RONALD W. THOMSON
224 CAMP HORNE ROAD
PITTSBURGH, PA 15202
*Debtor(s)*

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
cdenardo@dallegal.com