FILED
7/1/26 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20958-GLT |
| | : | Chapter: | 13 |
| Ronald W. Thomson | : | | |
| | : | | |
| | : | Date: | 7/1/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

-

**MATTER:**    #45 - Continued Trustee's Motion to Dismiss Case
    #47 - Response filed by Debtor
[If Debtor has additional information to report to Court,
Status Report due 6/29/2026]

**APPEARANCES:**
    Debtor:    Shawn N. Wright
    Trustee:    Kate DeSimone

[9:12]
**NOTES:**

Wright: I thought I filed a status report. The loan application was submitted and I spoke with the lender yesterday, and FTG loan servicing said they would have an answer by tomorrow.

Court: Where would these funds be going?

DeSimone: The last payment received by the Debtor was a $478 by wage attachment on April, 6.

Wright: This was a 0% plan and this is the only creditor.

**OUTCOME:**

    1. For the reasons stated on the record at the July 1, 2026 hearing, the hearing on the trustee's *Motion to Dismiss Case* [Dkt. No. 45] is **CONTINUED** to July 22, 2026 at 10 a.m. On or before July 17, 2026, Debtor shall file a status report with the Court. [Text Order]

**DATED:** 7/1/2026