FILED
7/22/26 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20958-GLT |
| | : | Chapter: | 13 |
| Ronald W. Thomson | : | | |
| | : | | |
| | : | Date: | 7/22/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

-

**MATTER:**   #45 - Continued Trustee's Motion to Dismiss Case
#47 - Response filed by Debtor
[Debtor to file Status Report by 7/17/2026]

**APPEARANCES**:

Debtor:   Shawn N. Wright
Trustee:   Ronda J. Winnecour

[10:09]
**NOTES:**

Winnecour: If the loan modification goes forward, we are ok. If not, we need $8,026.58 to complete provided it is completed before September 30, 2026. If after that, trustee's fees will go up.

Wright: I anticipate that we will have the modification fairly soon. I got an update yesterday. I already know the parameters. The first payment would be outside of the plan and due August 1. The Debtor is prepared to make that.

**OUTCOME:**

1. For the reasons stated on the record at the July 22, 2026 hearing, the hearing on the trustee's *Motion to Dismiss Case* [Dkt. No. 45] is **CONTINUED** to August 19, 2026 at 9 a.m. On or before July 30, Debtor shall file a copy of the loan modification agreement (as a supplement to the motion at Dkt. No. 54) and serve a copy of that agreement and an amended notice of hearing on those who received the motion. The response date for the August 19, 2026 hearing is reset to August 14, 2026. [Text Order]

**DATED:**  7/22/2026