IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ronald W. Thomson, | : | |
| Debtor | : | Bankruptcy No: 21-20958-glt |
| Ronald W. Thomson, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| FCI Lender Services and | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Amended Notice of Hearing and signed Mortgage Modification Agreement on the parties at the addresses specified below or on the attached list on August 4, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**SERVICE BY FIRST-CLASS MAIL**
Raymond McCray
FCI Lender Services
8180 East Kaiser Blvd.
Anaheim Hills, CA 92808

**SERVICE BY ELECTRONIC NOTICE**
Office of the United States Trustee
Office of the Chapter 13 Trustee

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

August 4, 2026
Date

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Attorney for Debtor; PA 64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com