IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald W. Thomson<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>21-20958-GLT |
| Ronald W. Thomson<br>        Movant.<br>v. | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as<br>Owner Trustee of the Residential Credit<br>Opportunities Trust IX-B<br>        Respondent, | |
| Ronda J. Winnecour, Trustee<br>        Respondent | |

**RESPONSE OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST IX-B TO DEBTOR'S APPLICATION FOR APPROVAL OF FINAL MORTGAGE MODIFICATION AGREEMENT FILED BY DEBTOR RONALD W. THOMSON.**

Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Application for Approval of Final Mortgage Modification Agreement Filed by Debtor Ronald W. Thomson, and in support thereof, avers as follows:

1.   Admitted.

2.   Admitted.

3.   Denied. Further, while Respondent admits that the Debtor has signed a Modification Agreement, as is stated in paragraph 7 of the Motion, the lender, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B (hereinafter, the "Lender"), has not yet finalized the Modification Agreement. Although the Lender is expected to finalize the Modification Agreement shortly, this Motion is unripe due to the lack of a finalized version of the Modification Agreement.

4. Admitted.

5. Denied. In accordance with the terms of the Modification Agreement, the principal and interest payment due 8/1/2026 is $1,089.80.

6. Denied. Respondent is without information sufficient to admit or deny the contents of this averment.

7. Respondent admits that the Lender has not yet finalized the Modification Agreement. Further, although the Lender is expected to finalize the Modification Agreement shortly, this Motion is unripe due to the lack of a finalized version of the Modification Agreement.

8. Admitted. Further, once the Modification Agreement is finalized, Respondent intends to supplement this Response with the Modification Agreement as an exhibit.

WHEREFORE, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B respectfully requests that confirmation of the Debtor's Application for Approval of Final Mortgage Modification Agreement Filed by Debtor Ronald W. Thomson by held in abeyance pending the finalization of the Modification Agreement and review of the final Modification Agreement by the parties and the Court or otherwise denied.

/s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ronald W. Thomson
     Debtor, | BANKRUPTCY CASE NUMBER
21-20958-GLT

Ronald W. Thomson
     Movant. | CHAPTER 13

v.

Wilmington Savings Fund Society, FSB, as
Owner Trustee of the Residential Credit
Opportunities Trust IX-B
     Respondent,

Ronda J. Winnecour, Trustee
     Respondent

## **CERTIFICATE OF SERVICE**

     I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing via ECF on this 4th day of August, 2026:


Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
shawn@shawnwrightlaw.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF


/s/ William E. Miller
William E. Miller 308951
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald W. Thomson<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>21-20958-GLT |
| Ronald W. Thomson<br>    Movant.<br>v. | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, as<br>Owner Trustee of the Residential Credit<br>Opportunities Trust IX-B<br>    Respondent, | |
| Ronda J. Winnecour, Trustee<br>    Respondent | |

## **ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the Application for Approval of Final Mortgage Modification Agreement Filed by Debtor Ronald W. Thomson, and Respondent's response thereto;

It is hereby ORDERED that Application for Approval of Final Mortgage Modification Agreement Filed by Debtor Ronald W. Thomson is DENIED.


BY THE COURT:


_____
HONORABLE GREGORY L. TADDINO
UNITED STATES BANKRUPTCY JUDGE