FILED
8/19/26 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20958-GLT |
| | : | Chapter: | 13 |
| Ronald W. Thomson | : | | |
| | : | | |
| | : | Date: | 8/19/2026 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

-

***MATTER:*** #45 - Continued Trustee's Motion to Dismiss Case
#47 - Response filed by Debtor

[On or before July 30, Debtor shall file a copy of the loan modification agreement (as a supplement to the motion at Dkt. No. 54) and serve a copy of that agreement and an amended notice of hearing on those who received the motion. The response date for the August 19, 2026 hearing is reset to August 14]

#53 - Application for Approval of Final Mortgage Modification Agreement
[Response due 8/4/2026]
#57 - Exhibit - Signed Mortgage Modification Agreement
#60 - Response by Wilmington Fund Society FSB

***APPEARANCES***:

Debtor: Shawn N. Wright
Trustee: James Warmbrodt
Wilmington: Mark Pecarchik

[9:01]
***NOTES:***

Wright: We have a signed final loan modification agreement with Wilmington.

Court: Have you received confirmation from Wilmington that they are withdrawing their response?

Wright: I haven't.

Pecarchik: I have nothing to add.

Warmbrodt: Only amounts remaining to complete the plan are related to the mortgage.

***OUTCOME:***

1. For the reasons stated on the record at the August 19, 2026 hearing, the Motion to Dismissed is **DENIED** as moot. [Text Order]

2. For the reasons stated on the record at the August 19, 2026 hearing, the *Application for Approval of Final Mortgage Modification Agreement* [Dkt. No. 53] is **GRANTED**. [DB to enter proposed order at Dkt. No 53]

**DATED:** 8/19/2026