**Fill in this information to identify the case:**

Debtor 1 **RONALD W. THOMSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Western District of Pennsylvania**
(State)

Case Number **21-20958GLT**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** WILMINGTON SAVINGS FUND SOCIETY FSB-OWNER

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 3 8

**Property Address:**
224 CAMP HORNE RD
Number Street

PITTSBURGH PA 15202
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 4,584.69 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 4,584.69 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. | Total amount of arrearages disbursed by the trustee: | $ 4,584.69 |

**Part 4: Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☒ Other: CLARIFICATION: LOAN MODIFICATION DONE AT LAST MONTH OF PLAN.

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 41,869.70

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on June 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Ronda J. Winnecour
Signature

Date 08/26/2026

Trustee: Ronda J. Winnecour
First Name Middle Name Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number Street

PITTSBURGH PA 15219
City State ZIP Code

Contact phone (412) 471-5566 Email cmecf@chapter13trusteewdpa.com

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/25/2022 | 1227191 | Amounts Disbursed To Creditor | 48.91 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 04/26/2022 | 1230255 | Amounts Disbursed To Creditor | 156.10 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 05/25/2022 | 1233283 | Amounts Disbursed To Creditor | 156.10 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/27/2022 | 1236320 | Amounts Disbursed To Creditor | 156.10 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/26/2022 | 1239333 | Amounts Disbursed To Creditor | 93.01 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/24/2022 | 1242230 | Amounts Disbursed To Creditor | 93.01 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/25/2022 | 1247987 | Amounts Disbursed To Creditor | 206.78 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/23/2022 | 1250783 | Amounts Disbursed To Creditor | 73.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/22/2022 | 1253595 | Amounts Disbursed To Creditor | 73.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/26/2023 | 1256329 | Amounts Disbursed To Creditor | 73.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/27/2023 | 1283893 | Amounts Disbursed To Creditor | 15.59 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/21/2023 | 1286556 | Amounts Disbursed To Creditor | 201.06 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/26/2024 | 1289134 | Amounts Disbursed To Creditor | 201.06 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/26/2024 | 1291822 | Amounts Disbursed To Creditor | 201.06 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/26/2024 | 1294484 | Amounts Disbursed To Creditor | 201.06 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/25/2024 | 1302516 | Amounts Disbursed To Creditor | 153.86 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/25/2024 | 1304987 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/26/2024 | 1307603 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/25/2024 | 1315319 | Amounts Disbursed To Creditor | 82.55 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/23/2024 | 1317871 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/28/2025 | 1320266 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/25/2025 | 1322765 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/26/2025 | 1325174 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/25/2025 | 1332537 | Amounts Disbursed To Creditor | 82.55 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/25/2025 | 1334981 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/26/2025 | 1337445 | Amounts Disbursed To Creditor | 177.29 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/21/2025 | 1344659 | Amounts Disbursed To Creditor | 82.55 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/23/2025 | 1346990 | Amounts Disbursed To Creditor | 177.29 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 01/27/2026 | 1351446 | Amounts Disbursed To Creditor | 126.12 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 04/27/2026 | 1358602 | Amounts Disbursed To Creditor | 509.94 |
| | | | | Total for Claim Number 2: | 4,584.69 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **4,584.69** |

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/26/2021 | 1202794 | Amounts Disbursed To Creditor | 1,118.67 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/26/2021 | 1205940 | Amounts Disbursed To Creditor | 762.59 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 09/24/2021 | 1209091 | Amounts Disbursed To Creditor | 762.59 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/25/2021 | 1212202 | Amounts Disbursed To Creditor | 373.98 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/22/2021 | 1215262 | Amounts Disbursed To Creditor | 747.96 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/23/2021 | 1218280 | Amounts Disbursed To Creditor | 1,121.93 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/26/2022 | 1221371 | Amounts Disbursed To Creditor | 747.96 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/23/2022 | 1224365 | Amounts Disbursed To Creditor | 373.98 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/25/2022 | 1227191 | Amounts Disbursed To Creditor | 1,456.50 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 04/26/2022 | 1230255 | Amounts Disbursed To Creditor | 622.18 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 05/25/2022 | 1233283 | Amounts Disbursed To Creditor | 622.18 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/27/2022 | 1236320 | Amounts Disbursed To Creditor | 622.18 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/26/2022 | 1239333 | Amounts Disbursed To Creditor | 685.27 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/24/2022 | 1242230 | Amounts Disbursed To Creditor | 685.27 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 09/27/2022 | 1245122 | Amounts Disbursed To Creditor | 380.79 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/25/2022 | 1247987 | Amounts Disbursed To Creditor | 989.75 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/23/2022 | 1250783 | Amounts Disbursed To Creditor | 685.27 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/22/2022 | 1253595 | Amounts Disbursed To Creditor | 685.27 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/26/2023 | 1256329 | Amounts Disbursed To Creditor | 685.27 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/23/2023 | 1259009 | Amounts Disbursed To Creditor | 372.95 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/28/2023 | 1261613 | Amounts Disbursed To Creditor | 745.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 04/25/2023 | 1264401 | Amounts Disbursed To Creditor | 745.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 05/25/2023 | 1267183 | Amounts Disbursed To Creditor | 745.89 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/26/2023 | 1270109 | Amounts Disbursed To Creditor | 741.57 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/25/2023 | 1272971 | Amounts Disbursed To Creditor | 739.38 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/25/2023 | 1275711 | Amounts Disbursed To Creditor | 729.94 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 09/26/2023 | 1278501 | Amounts Disbursed To Creditor | 379.46 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/25/2023 | 1281214 | Amounts Disbursed To Creditor | 841.93 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/27/2023 | 1283893 | Amounts Disbursed To Creditor | 871.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/21/2023 | 1286556 | Amounts Disbursed To Creditor | 697.58 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/26/2024 | 1289134 | Amounts Disbursed To Creditor | 697.58 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/26/2024 | 1291822 | Amounts Disbursed To Creditor | 697.58 |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/26/2024 | 1294484 | Amounts Disbursed To Creditor | 697.58 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 04/25/2024 | 1297117 | Amounts Disbursed To Creditor | 449.32 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 05/29/2024 | 1299809 | Amounts Disbursed To Creditor | 898.64 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/25/2024 | 1302516 | Amounts Disbursed To Creditor | 744.78 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/25/2024 | 1304987 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/26/2024 | 1307603 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 09/25/2024 | 1310177 | Amounts Disbursed To Creditor | 449.32 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/25/2024 | 1312779 | Amounts Disbursed To Creditor | 898.64 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/25/2024 | 1315319 | Amounts Disbursed To Creditor | 816.09 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/23/2024 | 1317871 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 01/28/2025 | 1320266 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 02/25/2025 | 1322765 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 03/26/2025 | 1325174 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 04/25/2025 | 1327690 | Amounts Disbursed To Creditor | 449.32 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 05/23/2025 | 1330138 | Amounts Disbursed To Creditor | 898.64 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 06/25/2025 | 1332537 | Amounts Disbursed To Creditor | 816.09 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 07/25/2025 | 1334981 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 08/26/2025 | 1337445 | Amounts Disbursed To Creditor | 721.35 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 09/25/2025 | 1339814 | Amounts Disbursed To Creditor | 449.32 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 10/24/2025 | 1342216 | Amounts Disbursed To Creditor | 898.64 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 11/21/2025 | 1344659 | Amounts Disbursed To Creditor | 816.09 |
| 2 | BANK OF NEW YORK MELLON - TRUS | 12/23/2025 | 1346990 | Amounts Disbursed To Creditor | 721.35 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 01/27/2026 | 1351446 | Amounts Disbursed To Creditor | 772.52 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 02/24/2026 | 1353804 | Amounts Disbursed To Creditor | 449.32 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 03/25/2026 | 1356197 | Amounts Disbursed To Creditor | 898.64 |
| 2 | WILMINGTON SAVINGS FUND SOCIET | 04/27/2026 | 1358602 | Amounts Disbursed To Creditor | 838.02 |
| | | | | Total for Claim Number 2: | 41,869.70 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **41,869.70** |

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

RONALD W. THOMSON
224 CAMP HORNE ROAD
PITTSBURGH, PA 15202

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA 15237

AMIP MANAGEMENT
3020 OLD RANCH PKWY STE 180
SEAL BEACH, CA 90740

WILMINGTON SAVINGS FUND SOCIETY
FSB-OWNER TRUSTEE -RESIDENTIAL CREDIT
OPPORTUNITIES TRUST ET AL
C/O FCI LENDERS SERVICES INC
PO BOX 27370
ANAHEIM HILLS, CA 92809-0112

DIAZ ANSELMO & ASSOCIATES PA
PO BOX 19519
FT LAUDERDALE, FL 33318

Dated: 08/26/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee