**Fill in this information to identify the case:**

Debtor 1 RONALD W. THOMSON

Debtor 2 ______
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number 21-20958-GLT

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust IX-B

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: ______

**Property address:** 224 CAMP HORNE ROAD
Number Street

______

PITTSBURGH, PA 15202
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 4,584.69.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ ______.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ ______.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

X The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/______.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i. Date last payment was received on the mortgage: 07/01/2026

ii. Date next postpetition payment from the debtor is due: 08/01/2026

iii. Amount of the next postpetition payment that is due: $1,089.80

iv. Unpaid principal balance of the loan: $98,546.98

v. Additional amounts due for any deferred or accrued interest: $1,108.99

vi. Balance of the escrow account: $0.00

vii. Balance of unapplied funds or funds held in a suspense account: $0.00

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $554.10

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Christopher A DeNardo
Signature

Date 9/23/2026

Name Christopher A DeNardo
First name Middle name Last name

Title Attorney for the Creditor

Company Diaz Anselmo & Associates, LLC

Address P.O. BOX 19519
Number Street

Fort Lauderdale, FL 33318
City State Zip Code

Contacted phone (954) 564-0071

Email: cdenardo@dallegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, September 23, 2026, a copy of the foregoing was served via the court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237
*Attorney for Debtor(s)*

RONDA J WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURG, PA 15219
*Trustee*

US TRUSTEE PITTSBURGH
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

RONALD W. THOMSON
224 CAMP HORNE ROAD
PITTSBURGH, PA 15202
*Debtor(s)*

By: /s/ Christopher A. DeNardo
Christopher A DeNardo
Bar No. 78447
cdenardo@dallegal.com